# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALYSSA JOHNSON,**

       **Plaintiff,**

v.                                   **Case No: 6:25-cv-1244-PGB-LHP**

**TRUEACCORD CORP,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed January 23, 2026. (Doc. 32). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant TrueAccord Corp. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 26, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties